DANIEL MAHONY, Respondent, *v.* LOUIS UNGRICH et al.,
Impleaded, etc., Appellants.

(Argued October 28, 1891; decided December 1, 1891.)

APPEAL from judgment of the General Term of the Superior
Court of the city of New York, entered upon an order made
May 4, 1891, which affirmed a judgment in favor of plaintiff
entered upon a verdict, and affirmed an order denying a
motion for a new trial.

*Edward W. S. Johnston* for appellants.

*Jeroloman & Arrowsmith* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

CHRISTIAN D'ORO, Respondent, *v.* THE ATLANTIC AVENUE
RAILROAD COMPANY, Appellant.

(Argued October 29, 1891; decided December 1, 1891.)

APPEAL from judgment of the General Term of the City
Court of Brooklyn, entered upon an order made March 23,
1891, which affirmed a judgment in favor of plaintiff entered
upon a verdict, and affirmed an order denying a motion for a
new trial.

*A. B. Boardman* for appellant.

*A. H. Dailey* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.